AUSTIN R. GIBBONS, ESQ. SBN 034619
SEAN C. CONLEY, ESQ. SBN 130814
GIBBONS & CONLEY
1333 North California Boulevard, Suite 110
Walnut Creek, CA 94596
Telephone: (925) 932-3600  Fax: (925) 932-1623

Attorneys for Manteca Police Dept., Officers
    Doty, Muller, Schluer, Peters & Renfroe

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN GREGSON,<br><br>             Plaintiff,<br><br>    v.<br><br>MANTECA POLICE DEPARTMENT; OFFICER DOTY, Individually and in his capacity as a Manteca Police Officer; OFFICER MULLER, Individually and in his capacity as a Manteca Police Officer; OFFICER SCHLUER, Individually and in his capacity as a Manteca Police Officer; OFFICER PETERS, Individually and in his capacity as a Manteca Police Officer; and OFFICER RENFROE, Individually and in her capacity as a Manteca Police Officer; and DOES 1-100,<br><br>             Defendants. | **CASE NO. CIV S-04-873 WBS GGH**<br><br>**STIPULATION AND ORDER PARTIALLY EXTENDING DISCOVERY CUTOFF**<br><br>Pre-trial Conf.:   1/22/07<br>Trial Date:          3/27/07<br><br>Honorable William B. Shubb |

The parties hereby stipulate to and request an order continuing the discovery cutoff with respect to the deposition of Plaintiff's expert, Mr. Roger Clark, due to Mr. Clark's unavailability.

The Court has scheduled the discovery cutoff in this action for August 30,

PDF created with pdfFactory trial version www.pdffactory.com

Gibbons & Conley
ATTORNEYS AT LAW
1333 N. California Blvd
Suite 110
Walnut Creek, CA 94596
(925) 932-3600
Fax (925) 932-1623

1   2006. The expert disclosure timely took place on July 19, 2006.

2   As soon as Defendants received Plaintiff's expert disclosure, disclosing Mr. Roger Clark as Plaintiff's police practices expert, Defendants' counsel's office contacted Plaintiff's counsel for available dates for Mr. Clark's deposition.

Mr. Clark's deposition was originally scheduled for the first mutually available date of August 25, 2006. Defendants served a subpoena on Mr. Clark for his deposition on this date. Subsequently, Plaintiff's counsel advised that Mr. Clark had a conflict in his schedule, and asked that the deposition be moved to August 29, 2006. Defense counsel agreed to this new date. Thereafter, the parties agreed to change the time of this deposition on August 26, again to accommodate Mr. Clark's schedule.

On August 28, 2006, Plaintiff's counsel sent a letter to defense counsel stating that Mr. Clark was advised, on Sunday, August 27, 2006, that Mr. Clark would be unavailable for his scheduled deposition due to his obligation to testify in another action. A true and correct copy of that correspondence is attached.

Counsel for the parties and the witness have made every effort to conduct Mr. Clark's deposition within the time set by the Court for discovery cutoff. However, due to unforeseen scheduling conflicts, it is not possible to conduct Mr. Clark's deposition before this deadline. The parties therefore request this court to extend the discovery cutoff only with respect to the deposition of Mr. Clark. The parties will reschedule this deposition at a mutually agreeable date in September 2006.

The parties have diligently proceeded with all discovery in this matter, and

Gibbons & Conley
ATTORNEYS AT LAW
1333 N. California Blvd
Suite 110
Walnut Creek, CA  94596
(925) 932-3600
Fax (925) 932-1623

2

STIPULATION AND ORDER PARTIALLY EXTENDING DISCOVERY CUTOFF          CASE NO. CIV S-04-873 WBS GGH

PDF created with pdfFactory trial version www.pdffactory.com

have not previously sought any extensions of time from the Court.

The parties do not believe the requested extension will have any effect upon the scheduled pre-trial conference or trial date in this matter.

Dated:  August 28, 2006                GIBBONS & CONLEY

                                       By:  /s/ Sean Conley
                                       AUSTIN R. GIBBONS
                                       SEAN C. CONLEY
                                       Attorneys for Defendants

Dated:  August 28, 2006

                                       By:  /s/ Dennis Fleming
                                       DENNIS FLEMING
                                       Attorney for Plaintiff SHAWN GREGSON

**ORDER**

The Court, having considered the Stipulation and request of the parties concerning the extension of the discovery cutoff with respect to the deposition of Roger Clark, and good cause appearing, orders as follows:

The Status (Pre-Trial Scheduling) Order of January 25, 2006 is modified as follows:

Discovery shall remain open solely with respect to the deposition of Mr. Roger Clark until September 29, 2006.

No other modification is made to the Status (Pre-Trial Scheduling) Order.

Dated:  August 31, 2006

                                       WILLIAM B. SHUBB
                                       UNITED STATES DISTRICT JUDGE