AUSTIN R. GIBBONS, ESQ. SBN 034619
SEAN C. CONLEY, ESQ. SBN 130814
GIBBONS & CONLEY
1333 North California Boulevard, Suite 110
Walnut Creek, CA 94596
Telephone: (925) 932-3600  Fax: (925) 932-1623

Attorneys for Manteca Police Dept., Officers
   Doty, Muller, Schluer, Peters & Renfroe

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN GREGSON,<br><br>    Plaintiff,<br><br>v.<br><br>MANTECA POLICE DEPARTMENT; OFFICER DOTY, Individually and in his capacity as a Manteca Police Officer; OFFICER MULLER, Individually and in his capacity as a Manteca Police Officer; OFFICER SCHLUER, Individually and in his capacity as a Manteca Police Officer; OFFICER PETERS, Individually and in his capacity as a Manteca Police Officer; and OFFICER RENFROE, Individually and in her capacity as a Manteca Police Officer; and DOES 1-100,<br><br>    Defendants. | **CASE NO. CIV S-04-873 WBS GGH**<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING PRETRIAL SCHEDULING ORDER RE TRIAL DATE**<br><br>Pre-trial Conf.:   2/12/07<br>Trial Date:         3/27/07<br><br>Honorable William B. Shubb |

The parties hereby stipulate to and request an order modifying the Pretrial Scheduling Order with respect to the trial date, and associated dates, in this action, due to defendants' trial counsel's medical unavailability.

Austin Gibbons is the lead trial counsel for defendants in this action. In

PDF created with pdfFactory trial version www.pdffactory.com

1  January, Mr. Gibbons underwent heart surgery. At the time, Mr. Gibbons believed
2  that he would be sufficiently recovered to try this case as scheduled on March 27,
3  2007. However, since the time of the surgery, Mr. Gibbons has had medical
4  setbacks, including contracting pneumonia. It is now clear that Mr. Gibbons will
5  not be medically available to try this case as scheduled.

6  As soon as this disability became apparent, defense counsel contacted
7  plaintiff's counsel, who agreed to continuing the trial date. The parties suggest a
8  continued trial date of May 21, 2007, June 18 or 25, 2007 or July 2 or 9, 2007.

9  Defense counsel could not have foreseen these circumstances at the time this
10 matter was originally scheduled for trial in January 2006. Further, defendants
11 moved promptly to bring this matter to the Court as soon as it became apparent that
12 defense counsel would not be medically available for trial of this case.

13 The parties have diligently proceeded with all other scheduled matters in this
14 case. The parties previously sought one extension of time to allow deposition of an
15 expert after the cutoff in order to accommodate an unforeseen scheduling conflict.
16 The parties timely conducted that deposition within the extended timeline.

17 The parties request that all scheduled pretrial activities, including the pretrial
18 conference, be rescheduled to accommodate the new trial date. Plaintiff has also
19 requested, and defendants agree to, plaintiff being allowed to file an amended

20 ///
21 ///
22 ///
23 ///
24

Gibbons & Conley
ATTORNEYS AT LAW
1333 N. California Blvd
Suite 110
Walnut Creek, CA 94596
(925) 932-3600
Fax (925) 932-1623

2

STIPULATION AND [PROPOSED] ORDER MODIFYING PRETRIAL      CASE NO. CIV S-04-873 WBS GGH
CONFERENCE ORDER RE TRIAL DATE

PDF created with pdfFactory trial version www.pdffactory.com

pretrial conference statement within the time allowed prior to the continued trial date.

Dated:   February 5, 2007            GIBBONS & CONLEY

                                    By:  /s/ Sean Conley
                                         AUSTIN R. GIBBONS
                                         SEAN C. CONLEY
                                         Attorneys for Defendants

Dated:   February 5, 2007

                                    By:   /s/ Dennis Fleming
                                         DENNIS FLEMING
                                         Attorney for Plaintiff SHAWN GREGSON

ORIGINAL SIGNATURES ON FILE WITH COUNSEL

## **ORDER**

The Court, having considered the Stipulation and request of the parties concerning the continuation of the trial date and associated dates, and good cause appearing, orders as follows:

The Status (Pre-Trial Scheduling) Order of January 25, 2006 is modified as follows:

Trial of this matter is continued to **July 10, 2007 at 8:30 a.m.**  All scheduled pretrial activities shall be rescheduled in conformance with this new trial date. The pretrial conference in this matter shall be conducted on **June 4, 2007 at 1:30 p.m.**

Dated: February 5, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3

STIPULATION AND [PROPOSED] ORDER MODIFYING PRETRIAL CONFERENCE ORDER RE TRIAL DATE        CASE NO. CIV S-04-873 WBS GGH

Gibbons & Conley
ATTORNEYS AT LAW
1333 N. California Blvd
Suite 110
Walnut Creek, CA  94596
(925) 932-3600
Fax (925) 932-1623

PDF created with pdfFactory trial version www.pdffactory.com