UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

SHAWN GREGSON,

        Plaintiff,

   v.

MANTECA POLICE DEPARTMENT; OFFICER DOTY, OFFICER MULLER, OFFICER SCHULER, OFFICER PETERS, OFFICER RENFROE, each individually and as a Manteca Police Officer and DOES 1-100,

        Defendants.

_____/

NO. CIV. S-04-00873 WBS GGH

ORDER

----oo0oo----

        The court is in receipt of Defendants' Ex Parte Motion for Continuance filed today. The motion is based upon the unfortunate and sudden illness of Officer Kirk Doty's mother, occasioned by a stroke. Counsel advises that Officer Doty is traveling today to the State of Washington to be with his mother.

        While the court is sympathetic with Officer Doty's family situation, it cannot continue the trial of this case. As noted when the court denied plaintiff's earlier request for a

1

1 continuance, the court's calendar simply does not allow for
2 continuance in this case.  This court has the heaviest caseload
3 per judge of any district in the United States, even before one
4 of the four active judges in Sacramento resigned at the end of
5 last month.  It is accordingly imperative that cases be tried
6 when the court has the time to do so.  The court has set aside
7 the weeks of July 10 through 13, and July 24 through 27, 2007
8 for the trial of this case.  A panel of jurors has already been
9 summoned to appear tomorrow morning at 9:00 a.m.  If the trial
10 were to be continued, there is no telling when the court would
11 be able to hear it.

12           The court can accommodate Officer Doty by taking his
13 testimony out of order on any one of the following dates: July
14 11, 12, or 13, or July 24, 25, or 26.  Since he is going to
15 Washington on July 9, 2007, that means he will be able to be
16 with his mother for a number of days before returning to
17 Sacramento to testify.  There are regular flights between
18 Sacramento and Seattle, so that he would only have to be here on
19 one or two days at the most, and could return to Washington
20 after completion of his testimony.  Alternatively, his
21 deposition might be used in lieu of his testimony.

22           IT IS THEREFORE ORDERED that defendants' motion for a
23 continuance be, and the same hereby is, DENIED.
24 DATED:  July 9, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2