UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| SHAWN GREGSON, | NO. CIV. S-04-0873 WBS GGH |
| Plaintiff, | |
| v. | ORDER RE: COSTS |
| MANTECA POLICE DEPARTMENT; OFFICER KIRK DOTY, OFFICER CHARLES MULLER, and SERGEANT JULIE RENFROE, each individually and as a City of Manteca Police Officer, | |
| Defendants. | |

----oo0oo----

On August 1, 2007, the court entered final judgment in this case in favor of defendants. Defendants have submitted a cost bill totaling $4,693.78; plaintiff has not objected.

Rule 54(d)(1) of the Federal Rules of Civil Procedure and Local Rule 54-292(f) govern the taxation of costs to losing parties, which are generally subject to limits set under 28 U.S.C. § 1920. See 28 U.S.C. § 1920 (enumerating taxable costs);

1

1  Fed. R. Civ. P. 54(d)(1) ("costs other than attorneys' fees shall
2  be allowed as of course to the prevailing party unless the court
3  otherwise directs . . . ."); L.R. 54-292(f); <u>Crawford Fitting Co.
4  v. J.T. Gibbons, Inc.</u>, 482 U.S. 437, 441 (1987) (limiting taxable
5  costs to those enumerated in 28 U.S.C. § 1920).
6             The court exercises its discretion in determining
7  whether to allow certain costs.  <u>Amarel v. Connell</u>, 102 F.3d
8  1494, 1523 (9th Cir. 1997) (holding that the district court has
9  discretion to determine what constitutes a taxable cost within
10 the meaning of 28 U.S.C. § 1920); <u>Alflex Corp. v. Underwriters
11 Labs., Inc.</u>, 914 F.2d 175, 177 (9th Cir. 1990) (same).  The
12 losing party has the burden of overcoming the presumption in
13 favor of awarding costs to the prevailing party.  <u>See</u> <u>Russian
14 River Watershed Prot. Comm. v. City of Santa Rosa</u>, 142 F.3d 1136,
15 1144 (9th Cir. 1998) (noting that the presumption "may only be
16 overcome by pointing to some impropriety on the part of the
17 prevailing party"); <u>Amarel</u>, 102 F.3d at 1523; <u>see also</u> L.R. 54-
18 292(d) ("If no objection is filed, the Clerk shall proceed to tax
19 and enter costs.").
20            After reviewing the bill, and in light of the fact that
21 the losing party has not objected, the court finds all costs to
22 be reasonable.  Accordingly, costs of **$4,693.78** will be allowed.
23            IT IS SO ORDERED.
24 DATED: September 28, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE